ALBANY,
Oct. 1834.

Hughes
v.
Patton.

COLDEN and wife *vs.* BOTTS.

A party having no interest in the subject matter of proceedings had under the statute *authorizing summary proceedings* in certain cases, is not entitled to sue out a *certiorari.*

October 9.    IN this case a *certiorari* was sued out to remove proceedings had under the statute, 2 R. S, 511, &c. *authorizing summary proceedings* to obtain the possession of land in certain cases, and a return had been made to the writ, and on motion by the defendant to quash the *certiorari,* IT WAS HELD, by the CHIEF JUSTICE, that a party having no interest in the subject matter of the proceedings was not entitled to prosecute a *certiorari,* and he accordingly quashed the writ.

---

HUGHES *vs.* PATTON.

The service of a declaration on the same day that the original is filed is good, although the service precede the filing.

October 9.    THIS suit was commenced by the filing and service of a declaration. The declaration was filed at the clerk's office at *Geneva* and on the *same day* a copy was served upon the defendant at *Rochester ;* but it appeared that the copy was served at an earlier hour than the original was filed, and on this ground the defendant moved to set aside the proceedings.

The CHIEF JUSTICE denied the motion, with costs, on the ground that in the service of papers the court do not regard the fractions of a day.